NORTH SHORE INDUSTRIAL CO. v. OCEAN GROVE NAT. BANK. (Supreme Court, Appellate Division, First Department. June 14, 1907.) Action by the North Shore Industrial Company against the Ocean Grove

National Bank. No opinion. Motion denied. Order filed.